UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIANCA DENISE ANDERSON,

          Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
                                           /

Case No. 2:22-cv-10027

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING
REPORT AND RECOMMENDATION [15], DENYING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [12], AND
GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [13]**

      The Commissioner of the Social Security Administration (SSA) denied the application of Plaintiff Bianca Anderson for supplemental security income and disability insurance benefits in a decision issued by an Administrative Law Judge (ALJ). ECF 1, PgID 2. After the SSA Appeals Council upheld the ALJ's ruling, Plaintiff sued. *Id.*

      The Court referred the matter to Magistrate Judge David R. Grand, ECF 3, and the parties filed cross-motions for summary judgment, ECF 12; 13. Magistrate Judge Grand issued a report and recommendation and suggested the Court deny Plaintiff's motion and grant the Commissioner's motion. *See* ECF 15. Civil Rule 72(b) governs review of a magistrate judge's report and recommendation. De novo review of the magistrate judge's findings is required only if the parties "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P.

1

72(b)(2). Because neither party filed objections, de novo review of the report's conclusions is not required. After reviewing the record, the Court finds that the magistrate judge's conclusions are factually based and legally sound. Accordingly, the Court will adopt the report's findings, deny Plaintiff's motion for summary judgment, and grant the Commissioner's motion for summary judgment.

**WHEREFORE**, it is hereby **ORDERED** that the magistrate judge's report and recommendation [15] is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment [12] is **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner's motion for summary judgment [13] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

This is a final order that closes the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: December 1, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 1, 2022, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager